EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2025 TSPR 129 |
| | |
| José Manuel Pérez Pérez | 216 DPR ___ |

Número del Caso:  TS-7,815

Fecha:  3 de diciembre de 2025

Fondo de Fianza Notarial del Colegio de Abogados y Abogadas de Puerto Rico:

    Lcdo. José M. Montalvo Trías
    Director Ejecutivo

Materia:  Conducta Profesional – Suspensión inmediata e indefinida del ejercicio de la notaría por incumplimiento con las órdenes del Tribunal Supremo relacionadas a la fianza notarial.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |  |
|---|---|---|
| In re:<br><br>José Manuel Pérez Pérez | TS-7,815 | |

PER CURIAM

En San Juan, Puerto Rico, a 3 de diciembre de 2025.

Hoy ejercemos nuestra facultad disciplinaria y ordenamos la suspensión inmediata e indefinida del ejercicio de la notaría a un miembro de la profesión legal por su incumplimiento con nuestros requerimientos.

**I**

El Lcdo. José Manuel Pérez Pérez (licenciado Pérez Pérez) fue admitido al ejercicio de la abogacía el 28 de diciembre de 1983 y prestó juramento como notario el 21 de junio de 1985.

El 4 de noviembre de 2024, el Fondo de Fianza Notarial del Colegio de Abogados y Abogadas de Puerto Rico (CAAPR) presentó una Moción Informativa en la que indicó que el licenciado Pérez Pérez tenía al descubierto el pago de la fianza notarial desde el mes de junio de 2016. Por lo tanto, solicitó la cancelación de la fianza prestada por el abogado.

Así las cosas, el 22 de julio de 2025 le concedimos al licenciado Pérez Pérez un término de treinta (30) días, para que acreditara que obtuvo una fianza notarial para cubrir el periodo de junio de 2016 en adelante. Vencido este plazo sin su comparecencia, le concedimos un término final de diez (10) días para cumplir con nuestra Resolución de 22 de julio de 2025. A su vez, le apercibimos de que el incumplimiento con nuestro requerimiento podría conllevar su suspensión del ejercicio de la notaría. Sin embargo, el licenciado Pérez Pérez tampoco compareció. Por lo tanto, mediante Resolución del 31 de octubre de 2025 le concedimos un término final de diez (10) días para cumplir con nuestro mandato; le apercibimos nuevamente de que podría ser suspendido en caso de incumplimiento, y ordenamos su notificación personal, la cual fue diligenciada por la Oficina de Alguaciles de este Tribunal el 7 de noviembre de 2025. Aún así, el licenciado Pérez Pérez no ha comparecido.

## II

El Canon 9 de Ética Profesional, 4 LPRA Ap. IX, dispone que "[e]l abogado debe observar para con los tribunales una conducta que se caracterice por el mayor respeto". La profesión de la abogacía requiere de sus funcionarios la más escrupulosa atención y diligencia ante cualquier tribunal o foro que estén obligados a comparecer. "[L]a desatención por parte de los letrados de los requerimientos realizados durante un proceso disciplinario no sólo denota indisciplina, desobediencia y falta de respeto hacia las

autoridades, sino que además causa demoras irrazonables en el trámite de los casos, afectando la administración de la justicia." *In re Rivera Ortiz*, 213 DPR 267 (2023) citando a *In re Bermúdez Tejero*, 206 DPR 86 (2021).

Por otro lado, el Art. 7 de la Ley Núm. 75 de 2 de julio de 1987, según enmendada, conocida como Ley Notarial de Puerto Rico, 4 LPRA sec. 2011, exige a toda persona autorizada para practicar la notaría en Puerto Rico tener prestada y vigente una fianza por una suma no menor de quince mil (15,000) dólares para responder del buen desempeño de las funciones de su cargo y los daños y perjuicios que por acción u omisión cause en su ejercicio notarial.

La fianza notarial debe ser aprobada por este Tribunal y renovada anualmente. Art. 7 de la Ley Notarial, supra, 4 LPRA sec. 2011. Véase además, *In re Rodríguez Pijuán,* 2025 TSPR 116. La fianza notarial es una herramienta que garantiza la estabilidad del tráfico jurídico y que protege a las personas que comparecen ante notario. *In re Cobas Mondríguez*, 201 DPR 790 (2019). Por lo tanto, un notario que no renueve diligentemente la fianza notarial falta el respeto a este Tribunal, lo que requiere nuestra intervención disciplinaria y lo expone a la suspensión del ejercicio de la notaría. *In re Rodríguez Pijuán, supra; In re Núñez Vázquez*, 197 DPR 506 (2017).

### III

Conforme a nuestro deber de velar porque los notarios cumplan íntegramente con sus obligaciones, ordenamos al

licenciado Pérez Pérez acreditar que obtuvo una fianza notarial para cubrir el periodo que comenzó en junio de 2016 hasta el presente. No obstante, hizo caso omiso a nuestras órdenes, menoscabando así nuestra autoridad.

En vista de lo anterior y al amparo de nuestro poder inherente de reglamentar la profesión, suspendemos inmediata e indefinidamente al licenciado Pérez Pérez del ejercicio de la notaría.

## IV

Por los fundamentos expuestos, decretamos la suspensión inmediata e indefinida del ejercicio de la notaría del Lcdo. José M. Pérez Pérez. Se ordena al Alguacil de este Tribunal incautar inmediatamente la obra y el sello notarial del licenciado Pérez Pérez y entregarlos al Director de la Oficina de Inspección de Notarías para el correspondiente examen e informe.

Notifíquese esta Opinión *per curiam* y Sentencia al licenciado Pérez Pérez por medio del correo electrónico registrado en el RUA y personalmente.

Se dictará Sentencia en conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>José Manuel Pérez Pérez | TS-7,815 |

SENTENCIA

En San Juan, Puerto Rico, a 3 de diciembre de 2025.

Por los fundamentos antes expuestos en la Opinión *Per Curiam* que antecede, la cual se hace formar parte de esta Sentencia, decretamos la suspensión inmediata e indefinida del ejercicio de la notaría del Lcdo. José M. Pérez Pérez. Se ordena al Alguacil de este Tribunal incautar inmediatamente la obra y el sello notarial del licenciado Pérez Pérez y entregarlos al Director de la Oficina de Inspección de Notarías para el correspondiente examen e informe.

Notifíquese esta Opinión *Per Curiam* y Sentencia al licenciado Pérez Pérez por medio del correo electrónico registrado en el Regístro Único de Abogados y Abogadas de Puerto Rico (RUA) y personalmente a través de la Oficina del Alguacil de este Tribunal.

Lo pronunció, manda el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo